IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-711-BR

WEAVER COOKE CONSTRUCTION, LLC,
    Appellant,

v.

CURENTON CONCRETE WORKS, INC.,
    Appellee.

ORDER

This matter is before the court on Weaver Cooke Construction, LLC's ("Weaver Cooke") appeal from the 26 September 2014 order of United States Bankruptcy Judge Stephani W. Humrickhouse. In that order, the bankruptcy court granted summary judgment in favor of appellee Curenton Concrete Works, Inc. ("Curenton") on Weaver Cooke's contractual indemnity claim. In another appeal from the same underlying proceeding, the identical indemnification provisions were at issue, and this court held that, among other things, neither N.C. Gen. Stat. § 22B-1 nor the contributing negligence of other parties precluded Weaver Cooke's indemnification claim against the subcontractor. See Weaver Cooke Constr., LLC v. Stock Bldg. Supply, LLC, No. 5:14-CV-537-BR, DE # 53 (E.D.N.C. Aug. 12, 2016). The parties here have raised similar arguments to those raised in the earlier appeal, and the issues are ones of law.[1] Accordingly, for the reasons set forth in the Stock Building Supply case, the 26 September 2014

---

[1] Curenton also contends that it is entitled to summary judgment in its favor "because Weaver Cooke [cannot] produce evidence beyond conjecture and speculation that Curenton breached any duty owed Weaver Cooke, in tort or contract, that would trigger a claim for indemnity." (DE # 50, at 24.) Although Curenton raised this argument in support of its motion for summary judgment, the bankruptcy court did not address it. The court leaves it to the bankruptcy court to consider it, if necessary, in the first instance on remand. See Q Int'l Courier, Inc. v. Smoak, 441 F.3d 214, 220 n.3 (4th Cir. 2006).

order of the bankruptcy court is AFFIRMED IN PART, REVERSED IN PART, and REMANDED for further proceedings.

This 15 August 2016.

_____

W. Earl Britt

Senior U.S. District Judge