FILED:  October 11, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1683 (L)
(5:14-cv-00475-BR)
(09-10340-8-SWH)
(10-00023-8-SWH)

_____

WEAVER COOKE CONSTRUCTION, LLC

Third Party Plaintiff - Appellant

v.

STOCK BUILDING SUPPLY, LLC

Third Party Defendant - Appellee

and

NEW BERN RIVERFRONT DEVELOPMENT, LLC

Party-in-Interest - Appellee

_____

No. 16-1787
(5:14-cv-00515-BR)
(09-10340-8-SWH)
(10-00023-8-SWH)

_____

WEAVER COOKE CONSTRUCTION, LLC

Third Party Plaintiff - Appellant

v.

CURENTON CONCRETE WORKS, INCORPORATED

Third Party Defendant - Appellee

and

NEW BERN RIVERFRONT DEVELOPMENT, LLC

Party-in-Interest - Appellee

_____

O R D E R

_____

Upon review of submissions relative to the motions to dismiss, the Court grants the motions.

Entered at the direction of Senior Judge Hamilton with the concurrence of Judge Shedd and Judge Duncan.

For the Court

/s/ Patricia S. Connor, Clerk