FILED: November 3, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1817
(5:14-cv-00524-BR)
(09-10340-8-SWH)
(10-00023-8-SWH)

_____

WEAVER COOKE CONSTRUCTION, LLC

       Third Party Plaintiff - Appellant

v.

WATERPROOFING SPECIALTIES, INCORPORATED

       Third Party Defendant - Appellee

  and

NEW BERN RIVERFRONT DEVELOPMENT, LLC

       Party-in-Interest - Appellee

  and

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; CLERK OF COURT STEPHANIE J. BUTLER; GOURAS, INCORPORATED; FLUHRER REED, P.A.

       Parties-in-Interest

_____

O R D E R

_____

Upon review of submissions relative to the motion to dismiss, the Court grants the motion.

Entered at the direction of Senior Judge Hamilton with the concurrence of Judge Shedd and Judge Duncan.

                                        For the Court

                                        /s/ Patricia S. Connor, Clerk