FILED: November 3, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1235 (L)
(5:15-cv-00135-BR)
(09-10340-8-SWH)
(10-00023-8-SWH)

_____

WEAVER COOKE CONSTRUCTION, LLC

  Third Party Plaintiff - Appellee

and

NATIONAL REINFORCING SYSTEMS, INCORPORATED

  Third Party Defendant - Appellee

and

NEW BERN RIVERFRONT DEVELOPMENT, LLC

  Party-in-Interest - Appellee

v.

NATIONAL ERECTORS REBAR, INCORPORATED

  Third Party Defendant – Appellant

_____

No. 16-1238
(5:15-cv-00279-BR)
(09-10340-8-SWH)
(10-00023-8-SWH)

_____

WEAVER COOKE CONSTRUCTION, LLC

       Third Party Plaintiff - Appellee

and

NATIONAL REINFORCING SYSTEMS, INCORPORATED

       Third Party Defendant - Appellee

and

NEW BERN RIVERFRONT DEVELOPMENT, LLC

       Party-in-Interest - Appellee

v.

NATIONAL ERECTORS REBAR, INCORPORATED

       Third Party Defendant - Appellant

_____

O R D E R

_____

Upon review of submissions relative to the motion to dismiss, the Court grants the motion.

Entered at the direction of Senior Judge Hamilton with the concurrence of Judge Shedd and Judge Duncan.

For the Court

/s/ Patricia S. Connor, Clerk