UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| NEW BERN RIVERFRONT DEVELOPMENT, LLC, <br><br>            Plaintiff, <br><br> vs. <br><br> WEAVER COOKE CONSTRUCTION, LLC; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; J. DAVIS ARCHITECTS, PLLC; FLUHRER REED, PA; AND NATIONAL ERECTORS REBAR, INC. F/K/A NATIONAL REINFORCING SYTEMS, INC., <br><br>            Defendants, <br><br> WEAVER COOKE CONSTRUCTION, LLC, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, <br>            Defendants, <br>            Counterclaimants, <br>            Crossclaimants, and Thirty-Party Plaintiffs, <br> v. <br><br> J. DAVIS ARCHITECTS, PLLC; FLUHRER REED PA; SKYSAIL OWNERS ASSOCIATIONS, INC.; NATIONAL REINFORCING SYSTEMS, INC.; ROBERT P. ARMONGSTRONG, JR., INC., SUMMIT DESIGN GROUP, INC.; CAROLINA CUSTOMER MOULDING, INC.; CURENTON CONCRETE WORKS, INC., WILLIAM H. DAIL d/b/a DD COMPANY, EAST CAROLINA MASONRY, INC.; GOURAS, INC.; HAMLIN ROOFING SERVICES, INC.; HUMPHREY HEATING & AIR CONDITIONS, INC.; PERFORMANCE FIRE PROTECTION, LLC; RANDOLPH STAIR AND RAIL COMPANY; STOCK | CIVIL ACTION NO. 09-10340-8-JRL <br><br> ADVERSARY PROCEEDING 10-0023-8-SWH <br><br> **<u>THIRD-PARTY DEFENDANT WILLIAM H. DAIL d/b/a DD COMPANY'S RESPONSE IN SUPPORT OF THE MOTION TO LIFT STAY AND SUBSTITUTE WELLS FARGO BANK, N.A. AS THE REAL PARTY IN INTEREST</u>** |

1

| |
|---|
| BUILDING SUPPLY, LLC; PLF OF SANFORD, INC. f/d/b/a LEE WINDOW & DOOR COMPANY; UNITED FORMING, INC. a/d/b/a UNITED CONCRETE, INC.; AND WATERPROOFING SPECIALTIES, INC.<br>          Crossclaim, Counterclaim<br>          and Third-Party Defendants.<br>and<br><br>NATIONAL ERECTORS REBAR, INC.,<br>          Defendant, Counterclaimant,<br>          Crossclaimant, and Third-<br>          Party Plaintiff<br>v.<br><br>ROBERT P. ARMSTRONG, JR.; ROBERT ARMSTRONG, JR., INC; SUMMIT DESIGN GROUP, INC.; JMW CONCRETE CONTRACTORS, and JOHNSON'S MODERN ELECTRIC CO, INC.,<br>          Third-Party Defendants. |

## THIRD-PARTY DEFENDANT WILLIAM H. DAIL d/b/a DD COMPANY'S RESPONSE IN SUPPORT OF THE MOTION TO LIFT STAY AND SUBSTITUTE WELLS FARGO BANK, N.A. AS THE REAL PARTY IN INTEREST

NOW COMES Third-Party Defendant William H. Dail d/b/a DD Company, by and through undersigned counsel, and pursuant to Rule 17 of the Federal Rules of Civil Procedure and Rule 7007-1(b) of the U.S Bankruptcy Court for the Eastern District of North Carolina, to hereby submit this Response in Support of the Motion to Lift Stay and Substitute Wells Fargo Bank, N.A. as the real party in interest.

The Motion to Lift Stay and Substitute Wells Fargo Bank, N.A. as the real party in interest was filed on January 19, 2018 (Doc. 1472) by Defendants Weaver Cooke Construction, LLC and Travelers Casualty and Surety Company of America.

Third-Party Defendant William H. Dail d/b/a DD Company hereby objects that

2

Wells Fargo is not a Plaintiff. Wells Fargo should be a plaintiff. Wells Fargo, already a party to this litigation, controls the adversary proceeding on behalf of New Bern Riverfront Development, LLC ("NRBD") and Wells Fargo bears the cost of the litigation and will enjoy the benefits of any potential recovery of NRBD in this litigation. As such, this action, including any related trial for alleged construction defects and damages to the real property at issue, must be prosecuted in the name of the real party in interest as set forth in Rule 17(a) of the Federal Rules of Civil Procedure. Third Party Defendant William H. Dail d/b/a DD Company further incorporates by reference the memorandum submitted by Defendants on Jan. 19, 2018, Doc. 1473.

For these reasons and those submitted in the Memorandum submitted by Defendants on Jan. 19, 2018 (Doc. 1473), Third Party Defendant William H. Dail prays that this Court enter an Order lifting the say of January 27, 2012 and substituting Wells Fargo as the real party in interest.

Respectfully submitted, this the 9th day of February, 2017.

/s/ Leslie D. Sherrill
Leslie D. Sherrill
N.C. Bar No.: 43198
Andy Santaniello
N.C. Bar No. 23532
CLAWSON and STAUBES, PLLC
756 Tyvola Road, Suite 130
Charlotte, North Carolina 28217-3629
Phone: (704) 940-9128
Fax: (704) 522-9033
Email: lsherrill@clawsonandstaubes.com
*Attorneys for Defendant William H. Dail d/b/a DD Company*

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following parties through their counsel of record:

Michael P. Hugo
Miller & Associates, PLLC
Cooper Building
315 N. Academy Street, Suite 100
Cary, NC 27513
Michael@carylawnc.com
Attorney for Carolina Custom Moulding, Inc.

Walt Rapp
Hedrick Gardner Kincheloe
& Garofalo, LLP
1838 Sir Tyler Dr., Suite 200
Wilmington, NC 28405
wrap@hedrickgardner.com
Attorney for East Carolina Masonry, Inc.

Jay P. Tobin
Young Moore and Henderson, P.A.
P.O. Box 31627
Raleigh, NC 27622
jpt@youngmoorelaw.com
Attorneys for Gouras, Incorporated

Andrew A. Vanore, III
Brown, Crump, Vanore & Tierney, L.L.P.
Post Office Box 1729
Raleigh, NC 27602
DVanore@bcvtlaw.com
Attorney for Curenton Concrete Works, Inc.

John M. Nunnally
Melissa D. Brumback
Ragsdale Liggett PLLC
P. O. Box 31507
Raleigh, NC 27622-1507
jnunnally@rl-law.com
mbrumback@rl-law.com
Attorneys for Fluhrer Reed PA

Brian J. Schoolman
Safran Law Offices
P.O. Box 587
Raleigh, NC 27602-0587
bschoolman@safranlaw.com
Attorney for Hamlin Roofing Company, Inc. and Hamlin Roofing Services, Inc.

Beth A. Faleris
Faleris Law Firm, PLLC
413 Johnson Blvd.
Jacksonville, NC 28540
baf@propertylawnc.com
Attorney for Humphrey Heating
& Air Conditioning, Inc.

Robert N. Young
Norman F. Klick, Jr.
Carruthers & Roth, P.A.
PO Box 540 (27402)
Greensboro, NC 27401
rny@crlaw.com
nfk@crlaw.com
Attorneys for JMW Concrete Contractors

Steve M. Pharr
Kristina M. Varady
Joseph A. Vossen
Pharr Law, PLLC
8 West Third Street, Suite 600
Winston-Salem, NC 27101
spharr@pharrlaw.com
kvarady@pharrlaw.com
jvossen@pharrlaw.com
Attorneys for McKim & Creed, P.A. and United Forming, Inc. a/d/b/a United Concrete, Inc.

Jeffrey. D. Keister
McAngus Goudelock & Courie, LLC
PO Box 30516
Raleigh, NC 27622
jkeister@mgclaw.com
Attorney for National Reinforcing Systems, Inc.

Gregory W. Brown
Jessica C. Tyndall
Kristi L. Gavalier
Brown Law LLP
4130 Parklake Avenue, Suite 130
Raleigh, NC 27612
gregory@brownlawllp.com
jessica@brownlawllp.com
Kristi@brownlawllp.com
Attorneys for J. Davis Architects, PLLC

Brian Wolfe
M. Heath Gilbert, Jr.
Baucom Claytor Benton Morgan & Wood
PO Box 35246
Charlotte, NC 28235 bwolfe@baucomclaytor.com
hgilbert@baucomclaytor.com
Attorneys for Johnson's Modern Electric Company, Inc.

Christopher J. Derrenbacher
Jennifer St. Clair
Patterson Dilthey, LLP
Suite 550, 4020 Westchase Boulevard
Raleigh, NC 27607
cderrenbacher@pattersondilthey.com
jstclair@pattersondilthey.com
Attorneys for National Erectors Rebar, Inc.

Daniel K. Bryson
Matthew E. Lee
Whitfield Bryson & Mason LLP
900 W. Morgan Street
Raleigh, North Carolina 27603
dan@wbmllp.com
matt@wbmllp.com
Attorneys for Plaintiff and SkySail Owners Assoc., Inc.

Bryan T. Simpson
Teague, Campbell, Dennis & Gorham, LLP
Post Office Box 19207
Raleigh, NC 27619-9207
bsimpson@tcdg.com
Attorney for Performance Fire Protection, LLC

Tracy Lynn Eggleston
Cozen O'Connor
301 S. College St., Suite 2100
Charlotte, NC 28202
teggleston@cozen.com
Attorney for Randolph Stair & Rail Company

Ron Medlin
Ennis, Baynard & Morton P.A.
P.O. Drawer 1327,
Wrightsville Beach, NC 28480
rmedlin@ennis-baynard.com
Attorney for Waterproofing Specialties, Inc.

7

Luke Sbarra
Hedrick Gardner Kincheloe & Garofalo LLP
P. O. Box 30397
Charlotte, NC 28230
lsbarra@hedrickgardner.com
Attorney for Summit Design Group, Inc., Robert Armstrong, Jr., and Robert P. Armstrong, Jr., Inc.

Steven C. Lawrence
Anderson, Johnson, Lawrence,
Butler & Bock, L.L.P.
P.O. Drawer 2737
Fayetteville, NC 28302-2737
slawrence@andersonjohnson.com
Attorney for Humphrey Heating and Air Conditioning, Inc.


Edward H. Maginnis
Maginnis Law, PLLC
19 West Hargett Street, Suite 906
Raleigh, NC 27601
emaginnis@maginnislaw.com
Attorney for William H. Dail d/b/a DD Company

C. Hamilton Jarrett, III
Paul E. Davis
Joseph P. Gram
Douglas P. Jeremiah
Conner Gwyn Schenck, PLLC
P.O. Box 30933
Raleigh, NC 27612
hjarrett@cgspllc.com
pdavis@cgspllc.com
jgram@cgspllc.com
djeremiah@cgspllc.com
Attorneys for Travelers Casualty and Surety Company of America and Weaver Cooke Construction, LLC

A. Todd Brown
Ryan G. Rich
Hunton & Williams LLP
Bank of America Plaza, Suite 3500
101 S. Tryon Street, Suite 3500
Charlotte, North Carolina 28280
tbrown@hunton.com
Attorney for Stock Building Supply, LLC and PLF of Sanford

Richard L. Pinto
Pinto Coates Kyre & Brown, PLLC
3203 Brassfield Rd.
Greensboro, NC 27410
rpinto@pckb-law.com
Attorney for 5 Boys, Inc.

This the 9th day of February, 2018.

/s/ Leslie D. Sherrill
Leslie D. Sherrill
Bar No.: 43198
CLAWSON and STAUBES, PLLC
756 Tyvola Road, Suite 130
Charlotte, North Carolina 28217-3629
Phone: (704) 940-9128
Fax: (704) 522-9033
Email: lsherrill@clawsonandstaubes.com
*Attorney for Defendant William H. Dail d/b/a DD Company*